IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:  SEARCH WARRANT FOR<br>LG Cellular Phone,<br>Model LG-VN251SPP,<br>S/N 307CYEA0226164 | 8:13MJ322 |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Special Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 30th day of October, 2013.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: s/David M. Wear
DAVID M. WEAR
Special Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

**ORDER**

**IT IS SO ORDERED.**

Dated this 30th day of October, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge